IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CLARENCE R. SANKS,               *

            Plaintiff            *

vs.                              *
                                        CASE NO. 4:07-CV-88 (CDL)
DAVID HAWKINS, General Sales     *
Manager, BUFFLAO ROCK COMPANY,
PEPSI-COLA, Southeastern         *
Division, TUG LIVINGSTON,
Assistant Sales Manager, and     *
WILLIE HUGHES, Assistant Sales
Manager,                         *

            Defendants           *

_____

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

        After a *de novo* review of the record in this case, the  Report
and Recommendation filed by the United States Magistrate Judge on
May 23, 2007, is hereby approved, adopted, and made the Order of the
Court.

        IT IS SO ORDERED, this 24th day of August, 2007.


                                    S/Clay D. Land
                                    CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE